# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ASHLEY HAYMAN KWAN

VERSUS

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND
MECHANICAL COLLEGE

NO.  2022 CW 0390

**JULY 05, 2022**

---

In Re:    The Board of Supervisors of Louisiana State University
          & Agricultural & Mechanical College, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 675,444.

---

**BEFORE:    McCLENDON, WELCH, AND HESTER, JJ.**

**WRIT DENIED.**

**JEW**
**CHH**


**McClendon, J.,** would not consider the writ application as
it does not contain a transcript of the contradictory hearing on
relator's motion for summary judgment, and the trial court's
reasons for denying the motion are not otherwise evident from
the writ application. See La. Code Civ. P. art. 966(C)(4).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT